

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00756-CR

In re Hisidoro D. **RAMON, JR.**,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15-33
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Relator's motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to January 20, 2017.

It is so **ORDERED** on January 5, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk